[No. 6325-1. Division One. April 2, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. JES
RANDOLPH, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 81783, David C. Hunter, J., entered January
17, 1978. *Affirmed* by unpublished opinion per Swanson, J.,
concurred in by James and Ringold, JJ.

[No. 2668-3. Division Three. April 3, 1979.]

RAYMOND M. BATTEN, JR., *Appellant,* v. JIM
R. WAYMIRE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 231888, William H. Williams, J.,
entered December 9, 1977. *Affirmed* by unpublished opin-
ion per Munson, J., concurred in by Green and Callow, C.J.

[No. 2808-3. Division Three. April 3, 1979.]

UNITED PACIFIC INSURANCE COMPANY, *Respondent,* v. THE
STATE OF WASHINGTON, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 207441, Del Cary Smith, Jr., J.,
entered February 15, 1978. *Affirmed* by unpublished opin-
ion per Green, C.J., concurred in by Munson and
McInturff, JJ.

[No. 3066-3. Division Three. April 3, 1979.]

ROBERT E. MOHR, ET AL, *Appellants,* v. BUCKLEY
NURSERY COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 242050, Stanley W. Worswick, J., entered
November 24, 1976. *Affirmed* by unpublished opinion per
Green, C.J., concurred in by Munson and Roe, JJ.